65 A.3d 257

NUVEEN MUNICIPAL TRUST, ON BEHALF OF ITS SERIES NU-
VEEN HIGH YIELD MUNICIPAL BOND FUND, A MASSACHU-
SETTS BUSINESS TRUST, PLAINTIFF–RESPONDENT, v.
WITHUMSMITH+BROWN, P.C., A NEW JERSEY PROFES-
SIONAL CORPORATION; LINDABURY, MCCORMICK, ESTA-
BROOK & COOPER, P.C., A NEW JERSEY PROFESSIONAL
CORPORATION, DEFENDANTS–RESPONDENTS.

January 11, 2013.

This matter having come before the Court on a petition by the
United States Court of Appeals for the Third Circuit for certifica-

tion of a State question of law pursuant to *Rule* 2:12A; and the Court having considered that petition and the submissions of counsel; and good cause appearing; it is

ORDERED that the petition for certification is respectfully denied.